## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Madison 92nd Street Assoc., LLC v. Marriott International Inc.   Docket No.: 14-2947

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sean F. O'Shea (Lead Counsel)

Firm: O'Shea Partners LLP

Address: 521 5th Avenue, 25th Floor

Telephone: 212-682-4426   Fax: 212-682-4437

E-mail: soshea@osheapartners.com

Appearance for: Plaintiff/Appellant Madison 92nd Street Associates, LLC
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: Michael E. Petrella/O'Shea Partners LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 7, 2012   OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Sean F. O'Shea

Type or Print Name: Sean F. O'Shea