**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Madison 92nd Street Assoc., LLC v. Marriott International, Inc.  Docket No.: 14-2947

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel M. Hibshoosh

Firm: O'Shea Partners, LLP

Address: 521 5th Avenue 25th Floor, New York, NY 10175

Telephone: 212-682-4426   Fax: 212-682-4437

E-mail: dhibshoosh@osheapartners.com

Appearance for: Plaintiff/Appellant Madison 92nd Street Associates, LLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sean F. O'Shea/O'Shea Partners LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 5, 2012   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Daniel M. Hibshoosh

Type or Print Name: Daniel M. Hibshoosh