# O'SHEA PARTNERS LLP

521 FIFTH AVENUE
25th FLOOR
NEW YORK, NEW YORK 10175

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
DANIEL M. HIBSHOOSH
—
AMANDA L. DEVEREUX
MARC D. FEINGOLD
THOMAS B. GARDNER
JOHN M. HENDELE IV
ANDREW B. NICK
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Attention: Dana Ellwood, Case Manager

September 17, 2014

**VIA ECF**

Re: *Madison 92 Street Assoc. v. Marriott, et al.*, Nos. 14-2947(L); 14-2954(M)

Dear Ms. Ellwood:

Pursuant to Local Rule 31.2,[1] Appellant Madison 92nd Street Associates, LLC ("Madison") hereby requests that the deadline for Madison to file its appeal briefs in the above-referenced matters be scheduled for November 26, 2014.

Respectfully submitted,

/s/ Michael E. Petrella

Michael E. Petrella

cc: All Counsel of Record (via ECF)

---

[1] By order of the Court, Madison's appeals were removed from the Expedited Appeals Calendar earlier today.